THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JEREMIAH POWELL, Defendant-Appellant.

(No. 73-382;

Second District (1st Division)—April 28, 1975.

Opinion by Mr. JUSTICE HALLETT.

Ralph Ruebner and Adam Lutynski, both of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, Charles D. Sheehy, Jr., and Martin Moltz, of Illinois State's Attorneys Association, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT M. HOUSTON, Defendant-Appellant.

(No. 74-229;

Second District (1st Division)—April 28, 1975.